# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| DAVID LEE REAMES | CIVIL ACTION NO. 18-1646 |
| | SECTION P |
| VS. | JUDGE TERRY A. DOUGHTY |
| LA DEPT. OF PUBLIC SAFETY & CORRECTIONS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff David Lee Reames' claims are DISMISSED WITH PREJUDICE as frivolous, for failure to state claims on which relief can be granted, and for seeking monetary relief against a defendant immune from such relief.

IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel, [doc. # 3], is DENIED AS MOOT.

MONROE, LOUISIANA, this 22nd day of February, 2019.

_____
Terry A. Doughty
United States District Judge